Marshall A. Lerner (State Bar No. 55,224)
Email: mlerner@kleinberglerner.com
**KLEINBERG & LERNER, LLP**
2049 Century Park East, Suite 1080
Los Angeles, California 90067-3112
Phone: (310) 557-1511 • Fax: (310) 557-1540
Attorneys for Plaintiffs
Skechers U.S.A., Inc. and Skechers U.S.A. Inc. II

Christina J. Moser (State Bar No. 199,027)
Email: cmoser@bakerlaw.com
**BAKER & HOSTETLER, LLP**
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
Phone: (216) 621-0200 • Fax: (216) 696-0740
Attorneys for Defendant International Seaway Trading Corporation

Lincoln D. Bandlow (State Bar No. 170,449)
Email: lbandlow@ssablaw.com
**Spillane Shaeffer Aronoff Bandlow LLP**
1880 Century Park East, Suite 1004
Los Angeles, California 90067
Phone: (310) 229-9300 • Fax: (310) 229-9380
Attorneys for Defendant and Counterclaim Plaintiffs E.S. Originals, Inc. and Target Corporation

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| SKECHERS U.S.A., INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> E.S. ORIGINALS, INC., et al., <br><br> Defendants. | Case No.: CV07-07278 CAS (JTLx) <br><br> [~~PROPOSED~~] ORDER DISMISSING ALL CLAIMS INVOLVING THE SEAWAY SHOE AND/OR U.S. PATENT NO. D547,935 |

Plaintiffs Skechers U.S.A., Inc. and Skechers U.S.A., Inc. II (collectively referred to as "Skechers") and Defendant International Seaway Trading Corporation ("Seaway") have settled the case as it pertains to Seaway Shoe and/or Patent No. D547,935.  Skechers, Seaway and Defendant Target Corporation ("Target") have stipulated to the dismissal of all claims involving the Seaway Shoe and/or Patent No. D547,935

The Court being of the opinion that the dismissal should be entered it is HEREBY ORDERED as follows:

1. All claims pertaining to the Seaway Shoe and/or Patent No. D547,935 are DISMISSED;
2. The aforementioned claims above include Claims for Relief 7 – 12 of the Second Amended Complaint by Skechers;
3. The aforementioned claims above include Counterclaims 6 -7 by Target;
4. The claims in paragraphs 1 – 3 above are DISMISSED with prejudice, each party to bear its own costs.

September 3, 2008                                    IT IS SO ORDERED

_____

United States District Court Judge